IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DUSTIN MICHAEL JONES                                                    PETITIONER

Case No. 5:20-CV-5109

DEXTER PAYNE, *Director, Arkansas,*
*Department of Correction*                                            RESPONDENT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 24, 2020, Petitioner filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus.  (Doc. 1).  On July 20, 2020, Plaintiff filed a Motion to Dismiss the Habeas Petition stating that he needs to exhaust his state remedies prior to proceeding with the § 2254.  (Doc. 8).

Based on the foregoing, the undersigned hereby recommends that Petitioner's Motion to Dismiss be GRANTED and his Petition be DISMISSED without prejudice.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of July, 2020.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE